COLUMBIA TELECOMMUNICATIONS GROUP, INC., Plaintiff/Third Party Defendant–Appellant,

and

David Giladi, Third Party Defendant–Appellant,

and

USA Interactive (doing business as Home Shopping Network), and Home Shopping Network, Inc., Third Party Defendants,

v.

STONIA NEW YORK CORP., Defendant/Third Party Plaintiff,

and

Jordan Yao and Zhi Hua Yao, Defendants/Third Party Plaintiffs.

No. 04–1272.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2004.

Harold F. Mcguire, Jr., Principal Attorney, McGuire, Kehl, New York, NY, for Plaintiff/Third Party Defendant–Appellant.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.